MICHAEL S. FAWER
SMITH & FAWER
Louisiana Bar Number 5485
71130 Riverside Drive
Covington, Louisiana 70433
985-871-7200 Fax 985-871-7215
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:11-CR-453-GMN-RJJ |
| ) | |
| Plaintiff ) | STIPULATION TO CONTINUE HEARING |
| ) | |
| vs. ) | |
| ) | |
| DAVID MARK, ) | |
| ) | |
| Defendant ) | |
| ) | |

## ORDER

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Neither party would be prejudiced by a continuance.

2. That a continuance of this matter is in the best interest of the parties.

3. Counsel for the defendant has a prior commitment in 24th Judicial District Court, Jefferson Parish, Louisiana.

IT IS HEREBY ORDERED that the arraignment date currently scheduled for January 20, 2012, at the hour of 3:00 PM, be vacated and continued to January 24, 2012, at the hour of 3:00 PM.

IT IS SO ORDERED

/s/ Robert J. Johnston
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE
DATED: JAN 12, 2012