UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,) | | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:11-CR-453-PMP-CWH |
| | ) | |
| DAVID M. MARK, | ) | MINUTES OF THE COURT |
| | ) | |
| Defendant. | ) | DATED: April 8, 2013 |

PRESENT: THE HONORABLE PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Donna Sherwood      RECORDER: Henry Enriquez

COUNSEL FOR PLAINTIFF:  Brian Pugh, Sarah Griswold

COUNSEL FOR DEFENDANT:  Michael Fawer, Miles Mark

PROCEEDINGS: **HEARING ON DEFENDANT'S RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL [130]**

9:00 a.m. Court convenes.  Defendant is present on a PR Bond.

The Court advises counsel the clerk received a call last week from Juror #9, who is requesting to be excused due to a financial hardship.  The Court will discuss this matter further with counsel.

The Court hears the arguments of Mr. Fawer and Ms. Griswold.

**IT IS ORDERED** Defendant's Rule 29 Motion for Judgment of Acquittal [130, 132] is **Denied.**

**IT IS ORDERED** the Government's Motion to Exclude the Testimony of Defendant's Proposed Expert Butler, or in the alternative, Limit James Butler's Testimony [80] is **granted without prejudice** to the defendant to again offer Butler in the event the defendant testifies or other evidence is presented on behalf of the defendant.

**2:11-CR-453-PMP-CWH**
**4/8/2013**
**Page 2**

**IT IS FURTHER ORDERED** Defendant's Motion in Limine to Exclude Use
at Trial of a Withdrawn Plea Agreement or in the alternative to
Limit its Use [68] is **denied without prejudice** to defendant to
renew it at such time as the Government attempts to use the plea
agreement for impeachment purposes.

9:50 a.m. Court stands at recess.

10:10 a.m. Court reconvenes.

Mr. Fawer announces the defense rests.

Juror #9 is contacted by telephone and the Court and counsel confer
with him regarding his request to be excused due to a financial
hardship.  After discussion with Juror #9, it is determined he will
remain on the jury for the duration of the trial.

The Court hears and rules on the objections of counsel to the
proposed jury instructions.

12:00 p.m. Court stands at recess.

1:30 p.m. Court reconvenes.

The Court does not find it appropriate to give Defendant's Proposed
Jury Instruction No. 8 Theory of Defense [135] to the jury.

The Court and counsel confer on miscellaneous issues.

1:50 p.m. Court adjourns.

                    LANCE S. WILSON, CLERK
                    United States District Court
                    By: ___/s/_____
                        Donna Sherwood, Deputy Clerk