**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                        Plaintiff,            )<br>            v.                                             )<br>                                                              )<br>DAVID M. MARK,                            )<br>                                                              )<br>                        Defendant.      ) | 2:11-CR-453-PMP-(CWH) |

**ORDER OF FORFEITURE**

On April 11, 2013, defendant DAVID M. MARK was found guilty of Counts One and Five through Seven of a Seven-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Section 1341, 1343, 1344, and 1349; in Counts Five through Six with Bank Fraud in violation of Title 18, United States Code, Sections 1344; and in Count Seven with Mail Fraud in violation of Title 18, United States Code, Sections 1341. Criminal Indictment, ECF No. 1; Minutes of Jury Trial Proceedings, ECF No. 143; Jury Verdict, ECF No. 146.

This Court finds that DAVID M. MARK shall pay criminal forfeiture money judgments of $107,000,000 in United States Currency for Count One; $516,000 in United States Currency for Count Five; $295,000 in United States Currency for Count Six; and $315,000 in United States Currency for Count Seven to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DAVID M. MARK criminal forfeiture money judgments in the amounts of $107,000,000 in United States Currency; $516,000 in United States Currency; $295,000 in United States Currency; and $315,000 in United States Currency .

DATED this _ 16th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE