UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID M. MARK,<br><br>Defendant. | 2:11-CR-00453-PMP-CWH<br><br>**ORDER** |

Before the Court for consideration is Defendant Mark's Motion to Reconsider Denial of Motion to Dismiss Indictment Based Upon Government's Failure to Honor Grant of Informal Immunity in Light of Newly Discovered Evidence (Doc. #157).

The matters addressed in Defendant's motion for reconsideration were fully addressed by the Court during, and indeed throughout the trial of this case. The Court does not find that the newly produced telephone records raise a factual basis to revisit the grounds asserted by Defendant Mark in support of his motion to dismiss.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Reconsider Denial of Motion to Dismiss Indictment Based Upon Government's Failure to Honor Grant of Informal Immunity in Light of Newly Discovered Evidence (Doc. #157) is **DENIED**.

DATED: May 14, 2013.

_____
PHILIP M. PRO
United States District Judge