UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:11-CR-00453-LDG-CWH |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| DAVID MARK, | ) | |
| | ) | |
| Defendant | ) | |

### JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Mandate and Order of the United States Court of Appeals for the Ninth Circuit entered on July 31, 2015 in Case # 13-10579 ordering dismissal of the indictment in the instant case, it is hereby Ordered as follows:

1. The Indictment styled U. S. v. David Mark (No. 2:11-cr-00453) is dismissed with prejudice;

2. The Judgment of Conviction in the instant case filed October 31, 2013 is hereby withdrawn and deemed null and void;

3. Mr. Mark is hereby released from any reporting obligation to the U.S. Department of Probation and Pre-Trial Services and his passport is to be returned to him forthwith.

Entered this 25 day of September, 2015.

_____
United States District Judge
Lloyd D. George