UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (Las Vegas)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | No: 13-10579 |
| | ) | |
| vs. | ) | Case No. 2:11-cr-453-LDG-CWH |
| | ) | |
| DAVID M. MARK, | ) | |
| Defendant | ) | |

### DEFENDANT'S UNOPPOSED MOTION
### TO CONTINUE EVIDENTIARY HEARING

COMES NOW, Defendant, David M. Mark, through undersigned counsel and moves unopposed to continue the Evidentiary Hearing set for January 14, 2016 for the reasons set forth in the accompanying memorandum.

Respectfully submitted

SMITH & FAWER

/s/ Michael S. Fawer
MICHAEL S. FAWER
Louisiana Bar No. 5485
312 30th St.
New Orleans, LA 70124
(504) 483-8600
(504) 483-5100 (FAX)

IT IS THEREFORE ORDERED that the Evidentiary hearing currently scheduled for Thursday, January 14, 2016, at the hour of 10:00 a.m. be vacated and continued to the 14th day of March, 2016 at the hour of 10:00 a.m. in courtroom 6B.

DATED this 5 day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (Las Vegas)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | No: 13-10579 |
| | ) | |
| vs. | ) | Case No. 2:11-cr-00453-PMP-CWH |
| | ) | |
| DAVID M. MARK, | ) | |
| Defendant | ) | |

### DEFENDANT'S MEMORANDUM IN SUPPORT OF
### UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING

1. On September 29, 2015, defendant moved for an evidentiary hearing (DOC #286 ). On December 17, 2015 the Court set said Evidentiary Hearing for January 14, 2016 (Doc # 291).

2. Undersigned counsel is to be in trial in the Eastern District of Louisiana in U.S. v. Thompson Criminal No.13-243, on January 11, 2016 (DOC #62). Said trial is expected to last through January 17, 2016.

3. Undersigned counsel consulted with AUSA Sarah Griswold who stated she has no opposition to the continuance. Ms. Griswold also advised that she is unavailable most of February, 2016 due to a conflicting court commitment.

WHEREFORE, defendant and non-opposing counsel respectfully request the Evidentiary Hearing be continued to a date on or after March 1, 2016. The parties estimate the Evidentiary Hearing will take no more than two (2) days.

                                                Respectfully submitted
                                                SMITH & FAWER
                                                /s/ Michael S. Fawer
                                                MICHAEL S. FAWER
                                                Louisiana Bar No. 5485
                                                312 30th St.
                                                New Orleans, LA 70124
                                                (504) 483-8600
                                                (504) 483-5100 (FAX)