UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (Las Vegas)

UNITED STATES OF AMERICA, )
vs.                       )   Case No. 2:11-cr-00453-LDG-CWH
         Plaintiff        )
DAVID M. MARK,            )
         Defendant        )

## STIPULATION REGARDING EXTENSION FOR SUBMISSION OF POST HEARING MEMORANDUM

An evidentiary hearing was held in this matter on March 14-15, 2016. By minute entry dated March 15, 2016 the Court ordered defendant, David Mark, to submit a post-hearing memorandum on April 18, 2016 and the government to submit its post-hearing memorandum on May 9, 2016. Undersigned counsel has a criminal trial scheduled to begin in St. Tammany Parish, Louisiana on April 18, 2016. Accordingly, by agreement of the parties, defendant's date for filing its memorandum is extended to April 25, 2016 and the government's date for submission of its memorandum is extended to May 16, 2016.

Respectfully submitted

SMITH & FAWER

ORDER

IT IS SO ORDERED.
DATED this 31 day of March, 2016.

/s/ Michael S. Fawer
MICHAEL S. FAWER
Louisiana Bar No. 5485
312 30th St.
New Orleans, LA 70124
(504) 483-8600

_____
Lloyd D. George
Sr. U.S. District Judge

Daniel R. Schiess
Criminal Chief
United States Attorney's Office
District of Nevada
333 Las Vegas Blvd.
Suite 5000
Las Vegas, NV 89101