Daniel G. Bogden
United States Attorney
Daniel R. Schiess
Assistant United States Attorney
501 Las Vegas Boulevard, 11th Floor
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | 2:11-cr-00453-LDG-CWH |
| Plaintiff, | |
| v. | Stipulation for Extension for Government's Submission of Post-Hearing Memorandum |
| **David Mark**, | |
| Defendant. | |

An evidentiary hearing was held in this matter on March 14-15, 2016. By Order of the Court dated March 31, 2016, and at the request of the parties, the Court extended the date for defendant's filing post-hearing memorandums to April 18, 2016, and the government's to May 16, 2016. The defendant filed his memorandum on April 25, 2016. By stipulation of the parties, the government is seeking to May 26, 2016, to file its memorandum.

Daniel G. Bogden
United States Attorney

*/S/ Daniel R. Schiess*

Daniel R. Schiess
Assistant United States Attorne

1

ORDER:

IT IS SO ORDERED.

DATED this ____ day of May, 2016.

_____
Honorable Lloyd D. George
United States District Judge

**Certificate of Service**

I certify that a copy of the foregoing stipulation was served on counsel of record by filing in the court's electronic filing system.

/S/ *Daniel R. Schiess*

_____
Daniel R. Schiess
Assistant United States Attorney

2